

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Estate of Don Love Foust, Deceased

No. 06-22-00089-CV

Original Mandamus Proceeding

Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED DECEMBER 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk